**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — **B&H SFR, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — **85-3672185**

**4. Debtor's address**

Principal place of business:

**1811 East Levee Street**
**Dallas, TX 75207**
Number, Street, City, State & ZIP Code

**Dallas**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **B&H SFR, LLC**_____  Case number (*if known*)_____
       Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor __B&H SFR, LLC_____     Case number (*if known*) _____
      Name

List all cases. If more than 1,
attach a separate list     Debtor **See Attachment**     Relationship _____
    District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **B&H SFR, LLC**    Case number (*if known*)
_____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2025**
MM / DD / YYYY

X **/s/ ASAH Enterprise Management LLC by Arthur Hood**
Signature of authorized representative of debtor

**ASAH Enterprise Management LLC by Arthur Hood**
Printed name

Title    **Manager**

**18. Signature of attorney**

X **/s/ Thomas T. McClendon**
Signature of attorney for debtor

Date **February 14, 2025**
MM / DD / YYYY

**Thomas T. McClendon 431452**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE
Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone **404-564-9300**    Email address **tmcclendon@joneswalden.com**

**431452 GA**
Bar number and State

Debtor  **B&H SFR, LLC**  Case number (*if known*) _____
     Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number (*if known*) _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **M3B SFR, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **BANKR. MD GA** | When | **2/07/25** | Case number, if known | **25-40082** |
| Debtor | **M4B SFR LLC** | | | Relationship to you | **Affiliate** |
| District | **BANKR. MD GA** | When | **2/12/25** | Case number, if known | **25-40096** |
| Debtor | **XYZ Home Buyer, LLC** | | | Relationship to you | **Affiliate** |
| District | **BANKR. MD GA** | When | **2/07/25** | Case number, if known | **25-40081** |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

Fill in this information to identify the case:
Debtor name: **B&H SFR, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dwight Doyle Harrison<br>2809 Oakmont Court<br>Grapevine, TX 76051 | | | | | | $0.00 |
| Freddy Rivas<br>2509 12th Ave NW<br>Puyallup, WA 98371 | creativerealestateinvestor@hotmail.com<br>206-250-8120 | 69 Woodard Ave Eastaboga, AL 36260 | | $63,333.34 | $200,000.00 | $19,083.34 |
| Jenny Hepola<br>516 Rainforest Ln<br>Allen, TX 75013 | | | | | | $0.00 |
| Karalyn Harrison<br>2809 Oakmont Court<br>Grapevine, TX 76051 | | | | | | $0.00 |
| Macon-Bibb County Tax Commissioner's Office<br>271 Second Street, Room 200<br>Macon, GA 31201 | | 1359 Royalwyn Drive Solid Waste Statement | | | | $252.00 |
| Marcus Brandon Bachik<br>2809 Oakmont Court<br>Grapevine, TX 76051 | | | | | | $0.00 |
| Suzanne Thurman<br>2809 Oakmont Ct<br>Grapevine, TX 76051 | | | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

```
Bank of America
PO Box 31785
Tampa, FL 33631-3785

Barbara Shafer
7596 Winding Way
Brecksville, OH 44141

Carrington Mortgage Services
P.O. Box 54285
Irvine, CA 92619-4285

Citadel Servicing Corporation
3 Ada Parkway, Suite 200A
Irvine, CA 92618

Directed Trust Company FBO Shane Holling
c/o Shane Hollingsworth
1546 S Goldbug Cir
Aurora, CO 80018

Directed Trust Company FBO Shane Holling
c/o Shane Hollingsworth
3033 N Central Ave Ste 400
Phoenix, AZ 85012

Dwight Doyle Harrison
2809 Oakmont Court
Grapevine, TX 76051

Fay Servicing
c/o RCP
1601 Lyndon B Johnson Fwy
Farmers Branch, TX 75234

Fay Servicing
c/o Quick Capital
1601 Lyndon B Johnson Fwy
Farmers Branch, TX 75234

Fay Servicing
c/o PS Funding
1601 Lyndon B Johnson Fwy
Dallas, TX 75234

Fay Servicing
c/o RCP
1601 Lyndon B Johnson Fwy
Dallas, TX 75234

Freddy Rivas
2509 12th Ave NW
Puyallup, WA 98371
```

```
Holze Management, LLC
187 Old Forge Rd
Elgin, IL 60123

Horizon Trust FBO Alton W Brown IRA
c/o Alton Brown
PO Box 27067
Newark, NJ 07101

Horizon Trust FBO John M Tamashiro IRA
c/o John M. Tamashiro
PO Box 27067
Newark, NJ 07101

Horizon Trust FBO Kristina K. White IRA
c/o Kristina K. White
PO Box 27067
Newark, NJ 07101

IRA Club FBO Ashley Riley IRS
c/o Ashley Riley
67 E. Madison St, Suite 1510
Chicago, IL 60603

Jenny Hepola
516 Rainforest Ln
Allen, TX 75013

Karalyn Harrison
2809 Oakmont Court
Grapevine, TX 76051

Layfayette 1, LLC
c/o Christy & Jim
7777 N Wickman Rd, Suite 12-320
Melbourne, FL 32940

Macon-Bibb County
Tax Commissioner's Office
271 Second Street, Room 200
Macon, GA 31201

Marcus Brandon Bachik
2809 Oakmont Court
Grapevine, TX 76051

Oakley Notes, LLC
c/o Chelsea Geer
6048 South 1200 East
Ogden, UT 84405

Orchid Trust 1, LLC
c/o Christy & Jim
3309 St Martin Lane
Clermont, FL 34711
```

```
Perth Properties, LLC
5973 S 1055 E
Ogden, UT  84405

Ronald & Barbara Lapierre
1501 Bull Street
Aubrey, TX  76227

Rushmore Servicing
8950 Cypress Waters Blvd
Coppell, TX  75019

Suzanne Thurman
2809 Oakmont Ct
Grapevine, TX  76051

Temple View
c/o Shellpoint Mortgage Servicing
17000 Katy Freeway, Suite 300
Houston, TX  77094

TVC Funding III, LLC
7550 Wisconsin Ave
10th Floor
Bethesda, MD  20814
```